```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
ASHTON KING, ET AL.,
                    Plaintiffs,          20 Civ. 9865 (JGK)

     - against -                         ORDER

APTDECO, INC., ET AL.,

                    Defendants.
───────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The plaintiffs should file an Order to Show Cause for a Default Judgment against the corporate defendant within 14 days.

**SO ORDERED.**

**Dated:**   New York, New York
            February 22, 2021

                              /s/ John G. Koeltl
                              John G. Koeltl
                        United States District Judge