```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

ASHTON KING, ET AL.,

            Plaintiffs,

   - against -

APTDECO, INC., ET AL.,

            Defendants.

20-cv-9865 (JGK)

ORDER

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The time for the defendants to move to compel arbitration is extended to April 16, 2021. The case is otherwise stayed.

**SO ORDERED.**

**Dated:** New York, New York
          March 3, 2021

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                              United States District Judge