

April 8, 2021

**Michael C. Schmidt**
Direct Phone   212-453-3937
Direct Fax   866-736-3682
mschmidt@cozen.com

<u>VIA ECF</u>

Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted.
> SO ORDERED
>
>                               /s/ John G. Koeltl
> April 9, 2021              John G. Koeltl
> New York, NY            U.S.D.J.

      Re:   <u>Ashton et al. v. AptDeco
              20-CV-09865 (JGK)</u>

Dear Judge Koeltl:

    We represent the Defendants in this case and respectfully submit this letter to request – on consent – a two-week extension of time to file any motion to compel arbitration.

    As Your Honor may recall, by Electronic Order issued on March 3, 2021 (Docket No. 11), the Court directed Defendants to file a motion to compel arbitration by April 16th if the parties were unable to come to an agreement on that issue. Both sides have continued to discuss the issue and require a little more time to determine whether such a motion would be necessary. Accordingly, with the consent of Plaintiffs' counsel, we respectfully request that Defendants' time to file a motion to compel arbitration be extended for two weeks from April 16th to April 30, 2021.

    Thank you very much for your attention and consideration.

                                            Respectfully yours,

                                            COZEN O'CONNOR

                                            BY:   MICHAEL C. SCHMIDT

cc: All Counsel of Record (via ECF)