# Law Office of Mohammed Gangat

*Representing Employees in Employment and Discrimination Law and Related Litigation*

**May 13, 2021**

675 Third Avenue, Suite 1810
New York, NY 10017
(718) 669-0714
mgangat@gangatpllc.com

*via ECF*

Hon. Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
5/14/21

Re: **Ashton King and Teashawn Smith v. Aptdeco, Inc., Reham Fagiri and Kalam Dennis; No. 1:20-cv-09865-JGK**

To the Honorable Judge Koeltl:

I represent Plaintiffs Ashton King and Teashawn Smith in the above-mentioned action. I write to request an extension in time to file Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration filed on April 30, 2021 [ECF #16-18] and an extension in time for Defendants to file a reply to Plaintiffs Opposition. The current deadline to file Plaintiffs' Opposition is May 14, 2021 and for Defendants to file a reply is May 28, 2021.

This is the first time requesting an extension and Defendants consent to this request. We request that the deadline for the Opposition be extended to May 28, 2021 and the deadline for the Reply be extended to June 21, 2021.

Thank you, in advance, for your time and attention to this matter.

Respectfully Submitted,
/s *Mohammed Gangat*
Mohammed Gangat, Esq.