# Law Office of Mohammed Gangat
*Representing Employees in Employment and Discrimination Law and Related Litigation*

May 28, 2021

*via ECF*

Hon. Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

675 Third Avenue, Suite 1810
New York, NY 10017
(718) 669-0714
mgangat@gangatpllc.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/21
```

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
5/28/21
John G. Koeltl, U.S.D.J.

Re: **Ashton King and Teashawn Smith v. Aptdeco, Inc., Reham Fagiri and Kalam Dennis; No. 1:20-cv-09865-JGK**

To the Honorable Judge Koeltl:

I represent Plaintiffs Ashton King and Teashawn Smith in the above-mentioned action. I write to request an extension in time to file Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration filed on April 30, 2021 [ECF #16-18] and an extension in time for Defendants to file a reply to Plaintiffs Opposition. The current deadline to file Plaintiffs' Opposition is May 28, 2021 and for Defendants to file a reply is June 21, 2021.

This is the second time requesting an extension and Defendants consent to this request. The previous request was made on May 13, 2021, and was granted by Your Honor on May 14, 2021. We request that the deadline for the Opposition be extended to June 1, 2021 and the deadline for the Reply be extended to June 25, 2021. The reason for this request is to allow Plaintiffs additional time to get affidavits from non-parties to be submitted with their Opposition.

Thank you, in advance, for your time and attention to this matter.

Respectfully Submitted,
/s *Mohammed Gangat*
Mohammed Gangat, Esq.