UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASHTON KING and TEASHAWN SMITH,

                Plaintiffs,

    - against -

APTDECO, INC., ET AL.,

                Defendants.

20-cv-9865 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants' motion to compel arbitration is denied without prejudice to renewal.

    The defendants may file a new motion by **November 30, 2021**. The plaintiffs should respond by **December 17, 2021**. The defendants may reply by **January 10, 2022**.

    The Clerk is directed to close Docket No. 16.

SO ORDERED.

Dated:    New York, New York
            October 27, 2021

                                        _____
                                        John G. Koeltl
                                        United States District Judge