UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASHTON KING and TEASHAWN SMITH,

           Plaintiffs,

  - against -

APTDECO, INC., ET AL.,

           Defendants.

---

20-cv-9865 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants are directed to submit courtesy copies of the papers filed in connection with its motion to compel arbitration. See Individual Practice II.C.

SO ORDERED.

Dated:    New York, New York
           June 28, 2022

                                            John G. Koeltl
                                  United States District Judge