UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASHTON KING, ET AL.,

          Plaintiffs,

- against -

APTDECO, INC., ET AL.,

          Defendants.

---

20-cv-9865 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

All discovery concerning whether plaintiff King agreed to arbitrate shall be completed by **November 22, 2022.** The joint pretrial order, requests to charge, and voir dire requests are due on **December 9, 2022.** Any objections are due on **December 16, 2022.** The parties should be ready for trial on 48 hours' notice on or after **January 5, 2023.**

SO ORDERED.

Dated:    New York, NY
            October 7, 2022

                                          John G. Koeltl
                                          United States District Judge