

November 14, 2022

**Michael C. Schmidt**
Direct Phone  212-453-3937
Direct Fax    866-736-3682
mschmidt@cozen.com

<u>VIA ECF</u>

Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED. The telephone conference scheduled for November 17, 2022 is adjourned until Monday, November 21, 2022 at 11:30 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. SO ORDERED.
>
> Dated: November 21, 2022

Re: **Ashton King et al. v. AptDeco, Inc. et al.**
<u>Case No. 20-CV-09865 (JGK) (SDA)</u>

Dear Judge Aaron:

We represent the Defendants in this action that was referred to Your Honor by Judge Koeltl to resolve a discovery issue. Pursuant to Your Honor's Scheduling Order this past Saturday, November 12th (Docket No. 62), the parties were directed to participate in a telephone conference this Thursday, November 17th at 11:00am. While we are still able to file our written response to the letter motion as requested by tomorrow afternoon at 5:00, unfortunately I have an in-person deposition already scheduled for this Thursday morning at 10:00 and will not be able to participate in the scheduled conference that same morning in this case.

I have spoken with Plaintiffs' counsel and, subject to the Court's schedule, we are both available instead on:

(i)   Monday, November 21st – Any time

(ii)  Tuesday, November 22nd – Any time between 9:00-11:30am, or any time between 1:30-5:00pm

This is our first request for the relief requested in this letter.

Thank you very much for your consideration.

Respectfully yours,

COZEN O'CONNOR

BY:  MICHAEL C. SCHMIDT

cc: All Counsel of Record (via ECF)

LEGAL\60353268\1

3 WTC   175 Greenwich Street   55th Floor   New York, NY 10007
212.509.9400   800.437.7040   212.509.9492 Fax   cozen.com