# Law Office of Mohammed Gangat

*Representing Employees in Employment and Discrimination Law and Related Litigation*

**MARCH 24, 2023**

675 Third Avenue, Suite 1810
New York, NY 10017
(718) 669-0714
mgangat@gangatpllc.com

*via ECF*

Hon. Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: The Court approves the proposed settlement (ECF No. 82), including the provision for attorney's fees and costs, as fair, reasonable, and adequate. This case is dismissed with prejudice in accordance with the Terms of the]*

Re:  **Ashton King and Teashawn Smith  v. Aptdeco, Inc., Reham Fagiri and Kalam Dennis;**
     **No. 1:20-cv-09865-JGK**

*[Handwritten: Settlement Agreement. The Court retains jurisdiction to enforce the Settlement Agreement. The Clerk is directed to]*

To the Honorable Judge Koeltl:

On March 16, 2023, the parties submitted a joint letter motion seeking Cheeks approval
for a settlement of this action. *[Handwritten: Close this case and close all pending motions. So ordered.  /s/ JGK]*

On March 17, 2023, Your Honor ordered Plaintiff to provide "the Court with sufficient
information to do a "lodestar cross-check" on the attorney's fees and costs: the lawyers and this
biographies the billing records, hours, and hourly rates." *[Handwritten: U S D J  3/24/23]*

I am the lead attorney responsible for the prosecution of this action.  I have been licensed
to practice law continuously in New York since 2012. I have my own practice and I focus on
employment litigation, representing predominantly employees.  I am a 2009 graduate of
Georgetown Law School.  I regularly litigate FLSA cases and other employment cases in state
and federal court in New York.  I typically charge between $300 and $500 per hour depending on
the nature of the representation and the client's ability to pay.

In this case, I am representing the plaintiff on a contingency fee basis where I am entitled
to 33.3 percent of the net recovery. Attached hereto as Exhibit A are time records for the work I
performed in this action.

I note that I was assisted by my co-counsel Joshua Nessen, Esq. and my law clerk Ganlu
Chen. Mr. Nessen and Ms. Chen did not have time records available for me to submit today,
which is the day the submission is due.

I believe the Court can perform a lodestar cross check using my records alone and find
that the fee requested here is reasonable.  For example, I spent 43.7 hours at a minimum
litigating this case.  Many of my calls with counsel are not included in that because I did not
keep records of how long those calls were.  Using the midpoint of the hourly rates I usually
charge, I calculate the following 43.7 hours times $400 per hour = $17,480.  That is more than
the amount of the Plaintiff's attorney's share of the settlement amount.  Here, the Plaintiff's
attorney will take only $15,000 of the total $45,000 settlement payment.  For all these reasons,

and the reasons in the previously submitted joint letter, Plaintiffs respectfully request that the Court approve the Settlement Agreement.  Thank you.

Respectfully Submitted,
*/s Mohammed Gangat*
Mohammed Gangat, Esq.

Case 1:20-cv-09865-JGK-SDA   Document 84   Filed 03/24/23   Page 3 of 5

EXHIBIT A

| | | |
|---|---|---|
| 11/22/20 | investigate claims; prepare complaint | 1.2 |
| 11/23/20 | investigate claims; prepare complaint | 0.5 |
| 12/5/20 | investigate claims; prepare complaint | 2.5 |
| 2/5/21 | evidence collection | 1 |
| 3/5/21 | evidence collection | 0.5 |
| 3/7/21 | evidence collection | 1 |
| 3/8/21 | check on service | 0.2 |
| 4/15/21 | check on service | 0.2 |
| 4/8/21 | review defense motion | 0.5 |
| 5/6/21 | review defense motion | 1.5 |
| 5/26/21 | prepare opp to motion | 1.5 |
| 5/28/21 | prepare opp to motion | 4.5 |
| 5/30/21 | prepare opp to motion | 2.7 |
| 6/1/21 | prepare opp to motion | 4.5 |
| 8/4/21 | evidence collection | 1.9 |
| 08/04/2021 | evidence collection | 0.3 |
| 10/27/2021 | evidence collection | 0.2 |
| 10/27/2021 | evidence collection | 0.2 |
| 10/27/2021 | discovery demands | 1.5 |

| | | |
|---|---|---|
| 11/8/2021 | discovery demands | 1.6 |
| 01/05/2022 | evidence collection | 0.5 |
| 1/13/2022 | prepared opposition to motion | 3.8 |
| 1/14/2022 | prepared opposition to motion | 1.4 |
| 1/15/2022 | prepared opposition to motion | 1.1 |
| 2/8/2022 | review defendants motion | 0.5 |
| 4/27/22 | update to clients | 0.2 |
| 9/22/2022 | review order, update client | 1 |
| 11/9/2022 | letter motion to compel | 2.7 |
| 11/11/2022 | letter motion to compel | 3.1 |
| 11/30/2022 | prepping for deposition | 1.1 |
| 11/30/2022 | prepping for deposition | 0.3 |
| | | 43.7 |